# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID P SEDLOCK | § | Case No. 16-80607 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/14/2016 . The case was converted to one under Chapter 7 on 07/27/2016 . The undersigned trustee was appointed on 03/14/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: Asset #11 (Marmont Farm, Llc - Owned By Debtor, Spouse And Debtors Trus)  The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $       5,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      Leaving a balance on hand of[1]   $  5,000.00

The remaining funds are available for distribution.

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 12/21/2016 and the deadline for filing governmental claims was 12/21/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.56 , for total expenses of $ 2.56 [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/30/2017    By:/s/BERNARD J. NATALE
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 16-80607 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID P SEDLOCK | | | | Date Filed (f) or Converted (c): | 07/27/2016 (c) |
| | | | | | 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 05/30/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15517 Nelson Road Woodstock Il 60098-0000 Mchenry | 381,323.50 | 762,647.00 | | 0.00 | FA |
| 2. 2005 Ford Explorer Mileage: 104,375 Location: 15517 Nelson R | 4,410.00 | 2,000.00 | | 2,000.00 | FA |
| 3. Misc Household Goods And Furnishings Including: A Coffee Tab | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Personal Computer | 375.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 900.00 | 0.00 | | 0.00 | FA |
| 6. 3 Dogs (West Island Terriers "Westy's") And 2 Cats (u) | 132.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 71.00 | 0.00 | | 0.00 | FA |
| 8. Bmo Harris Bank - Joint Checking Ending In 5778 | 1,570.87 | 1,570.87 | | 0.00 | FA |
| 9. Joint Savings/Money Market Account At Bmo Harris Bank - Acco | 12,936.00 | 3,000.00 | | 3,000.00 | FA |
| 10. Brokerage Link Account With Fidelityinvestments - Account En (u) | 13,346.15 | 0.00 | | 0.00 | FA |
| 11. Marmont Farm, Llc - Owned By Debtor, Spouse And Debtors Trus | 100.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) Through Employment Held By Fidelity Investments In Da | 177,881.13 | 0.00 | | 0.00 | FA |
| 13. Merrill Lynch | 38,000.00 | 0.00 | | 0.00 | FA |
| 14. David P. Sedlock Trust Formed Around 1998 Owned By Debtor Bu (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Janet M. Sedlock Trust Formed Around 1998 Owned By Debtor's (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. $9,886.00 Federal Tax Refund For 2015 - Received About The | 4,943.00 | 0.00 | | 0.00 | FA |
| 17. $2,900 State Of Illinois Tax Refund For 2015 Received Aroun | 1,450.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life Policy With Metlife Owned By Debtor With Spouse A | 125,000.00 | 0.00 | | 0.00 | FA |

Page: 2
Case 16-80607   Doc 59   Filed 05/31/17   Entered 05/31/17 09:13:40   Desc Main
Document   Page 4 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-80607 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID P SEDLOCK | | | | Date Filed (f) or Converted (c): | 07/27/2016 (c) |
| | | | | | 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 05/30/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Term Insurance Policy Through Debtors Job $70,000 Owned By D (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20. Term Insurance Policy Through Debtors Job $40,000 Owned By D (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21. Potential Cause Of Action Against Us Bank Other Related Tofe | 0.00 | 0.00 | | 0.00 | FA |
| 22. John Deere Tractor, Manure Spreader, Hore Trailer, Snow Plow (u) | 2,475.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $766,913.65 | $770,217.87 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS RECENTLY COLLECTED FINAL REPORT TO BE FILED IN MAY, 2017

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 05/15/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-80607 | Trustee Name: BERNARD J. NATALE |
| Case Name: DAVID P SEDLOCK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8822 |
| | Checking |
| Taxpayer ID No: XX-XXX1063 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/30/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/17 | | Benjamin Legal Services PLC IOLTA Client Trust Fund Account 343 W Erie Street, Suite 320 Chicago IL 60610-4035 | Compromise | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 2 | | 2005 Ford Explorer Mileage: $2,000.00 104,375 Location: 15517 Nelson R | 1129-000 | | | |
| | 9 | | Joint Savings/Money Market $3,000.00 Account At Bmo Harris Bank - Acco | 1129-000 | | | |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $5,000.00 | $0.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $5,000.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $5,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $5,000.00 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8822 - Checking | $5,000.00 | $0.00 | $5,000.00 |
|  | $5,000.00 | $0.00 | $5,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-80607  
Debtor Name: DAVID P SEDLOCK  
Claims Bar Date: 12/21/2016  
Date: May 30, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| TRTE 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $2.56 | $2.56 |
| ATTYFEE 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $2,152.50 | $2,152.50 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $4.55 | $4.55 |
| 3 280 5800 | Office Of The U.S. Trustee<br>780 Regent St., Suite 304<br>Madison, Wi 53715 | Priority | | $0.00 | $325.00 | $325.00 |
| 1 300 7100 | American Express Centurion Bank<br>C/O Becket & Lee LLP<br>P O Box 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $2,267.43 | $2,267.43 |
| 2 400 4110 | U.S. Bank National Association,Trustee(See 410)<br>C/O Specialized Loan Servicing Llc<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 | Secured | | $0.00 | $2,075,817.79 | $2,075,817.79 |
| | Case Totals | | | $0.00 | $2,081,819.83 | $2,081,819.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                       Printed: May 30, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-80607  
Case Name: DAVID P SEDLOCK  
Trustee Name: BERNARD J. NATALE  

Balance on hand        $     5,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | U.S. Bank National Association, Trustee (See 410) | $ 2,075,817.79 | $ 2,075,817.79 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors    $    0.00

Remaining Balance    $    5,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 2.56 | $ 0.00 | $ 2.56 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,152.50 | $ 0.00 | $ 2,152.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 4.55 | $ 0.00 | $ 4.55 |

Total to be paid for chapter 7 administrative expenses    $    3,409.61

Remaining Balance    $    1,590.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 325.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| | Total to be paid to priority creditors | | | $ 325.00 |
| | Remaining Balance | | | $ 1,265.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,267.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 2,267.43 | $ 0.00 | $ 1,265.39 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,265.39 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE