**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID P SEDLOCK | § | Case No. 16-80607 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                      Assets Exempt: 764,984.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,590.39        Claims Discharged
                                                   Without Payment:  1,957,206.47

Total Expenses of Administration:  3,409.61

---

   3) Total gross receipts of $ 5,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,931,140.00 | $ 2,075,817.79 | $ 2,075,817.79 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,409.61 | 3,409.61 | 3,409.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 325.00 | 325.00 | 325.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,064.43 | 2,267.43 | 2,267.43 | 1,265.39 |
| **TOTAL DISBURSEMENTS** | $ 1,956,204.43 | $ 2,081,819.83 | $ 2,081,819.83 | $ 5,000.00 |

4) This case was originally filed under chapteron 03/14/2016 , and it was converted to chapter 7 on 07/27/2016 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2017         By:/s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Ford Explorer Mileage: 104,375 Location: 15517 Nelson R | 1129-000 | 2,000.00 |
| Joint Savings/Money Market Account At Bmo Harris Bank - Acco | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Specialized Loan Servicing/SLS, Attn: Bankruptcy Po Box 636005 Littleton, CO 80163 | | 1,931,140.00 | NA | NA | 0.00 |
| 2 | U.S. Bank National Association,Trustee(See 410) | 4110-000 | NA | 2,075,817.79 | 2,075,817.79 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,931,140.00 | $ 2,075,817.79 | $ 2,075,817.79 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| BERNARD J. NATALE | 2200-001 | NA | 2.56 | 2.56 | 2.56 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,152.50 | 2,152.50 | 2,152.50 |
| BERNARD J. NATALE LTD | 3120-001 | NA | 4.55 | 4.55 | 4.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,409.61 | $ 3,409.61 | $ 3,409.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue, Bankruptcy Section POB 64338 Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 3 | Office Of The U.S. Trustee | 5800-000 | NA | 325.00 | 325.00 | 325.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 325.00 | $ 325.00 | $ 325.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Centurion Bank, Correspondence Po Box 981540 El Paso, TX 79998 | | 2,267.43 | NA | NA | 0.00 |
| | Amex, Correspondence Po Box 981540 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 6,694.00 | NA | NA | 0.00 |
| | Chase, Po Box 15298 Wilmington, DE 19850 | | 8,155.00 | NA | NA | 0.00 |
| | Chex Systems, Inc., 7805 Hudson Road Suite 100 Saint Paul, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Cre Po Box 790040 St. Louis, MO 63179 | | 50.00 | NA | NA | 0.00 |
| | Equifax c/o CSC Credit Services, Attn: Dispute Department POB 981221 El Paso, TX 79998-1221 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian c/o Information Solutions, Attn: Disputes Department 701 Experian Parkway; POB 2002 Allen, TX 75013 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/menards, Attention: Bankruptcy Department Po Box 5264 Carol Stream, IL 60197 | | 461.00 | NA | NA | 0.00 |
| | Marmont Farm, LLC, c/o Ronald E. Rasmussen, Reg Agent 2425 Royal Blvd Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | Qck Ln Cbna, 50 Northwest Point Road Elk Grove Village, IL 60007 | | 1,899.00 | NA | NA | 0.00 |
| | Synchrony Bank, Po Box 103104 Roswell, GA 30076 | | 2.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,405.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trans Union Corporation, Attn: Dispute Department 2 Baldwin Place, POB 1000 Crum Lynne, PA 19022 | | 0.00 | NA | NA | 0.00 |
| | Unvl/citi, Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 4,131.00 | NA | NA | 0.00 |
| 1 | American Express Centurion Bank | 7100-000 | NA | 2,267.43 | 2,267.43 | 1,265.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 25,064.43 | $ 2,267.43 | $ 2,267.43 | $ 1,265.39 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-80607 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DAVID P SEDLOCK | | | | Date Filed (f) or Converted (c): | 07/27/2016 (c) |
| | | | | | 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 10/05/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15517 Nelson Road Woodstock Il 60098-0000 Mchenry | 381,323.50 | 762,647.00 | | 0.00 | FA |
| 2. 2005 Ford Explorer Mileage: 104,375 Location: 15517 Nelson R | 4,410.00 | 2,000.00 | | 2,000.00 | FA |
| 3. Misc Household Goods And Furnishings Including: A Coffee Tab | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Personal Computer | 375.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 900.00 | 0.00 | | 0.00 | FA |
| 6. 3 Dogs (West Island Terriers "Westy's") And 2 Cats (u) | 132.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 71.00 | 0.00 | | 0.00 | FA |
| 8. Bmo Harris Bank - Joint Checking Ending In 5778 | 1,570.87 | 1,570.87 | | 0.00 | FA |
| 9. Joint Savings/Money Market Account At Bmo Harris Bank - Acco | 12,936.00 | 3,000.00 | | 3,000.00 | FA |
| 10. Brokerage Link Account With Fidelityinvestments - Account En (u) | 13,346.15 | 0.00 | | 0.00 | FA |
| 11. Marmont Farm, Llc - Owned By Debtor, Spouse And Debtors Trus | 100.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) Through Employment Held By Fidelity Investments In Da | 177,881.13 | 0.00 | | 0.00 | FA |
| 13. Merrill Lynch | 38,000.00 | 0.00 | | 0.00 | FA |
| 14. David P. Sedlock Trust Formed Around 1998 Owned By Debtor Bu (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Janet M. Sedlock Trust Formed Around 1998 Owned By Debtor's (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. $9,886.00 Federal Tax Refund For 2015 - Received About The | 4,943.00 | 0.00 | | 0.00 | FA |
| 17. $2,900 State Of Illinois Tax Refund For 2015 Received Aroun | 1,450.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life Policy With Metlife Owned By Debtor With Spouse A | 125,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-80607 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | DAVID P SEDLOCK | | | | Date Filed (f) or Converted (c): | 07/27/2016 (c) |
| | | | | | 341(a) Meeting Date: | 09/01/2016 |
| For Period Ending: | 10/05/2017 | | | | Claims Bar Date: | 12/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Term Insurance Policy Through Debtors Job $70,000 Owned By D (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20. Term Insurance Policy Through Debtors Job $40,000 Owned By D (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21. Potential Cause Of Action Against Us Bank Other Related Tofe | 0.00 | 0.00 | | 0.00 | FA |
| 22. John Deere Tractor, Manure Spreader, Hore Trailer, Snow Plow (u) | 2,475.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $766,913.65 | $770,217.87 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS RECENTLY COLLECTED FINAL REPORT TO BE FILED IN MAY, 2017

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 05/15/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-80607 | Trustee Name: BERNARD J. NATALE |
| Case Name: DAVID P SEDLOCK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8822 |
| | Checking |
| Taxpayer ID No: XX-XXX1063 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/17 | | Benjamin Legal Services PLC IOLTA Client Trust Fund Account 343 W Erie Street, Suite 320 Chicago IL 60610-4035 | Compromise | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts  $5,000.00 | | | | |
| | 2 | | 2005 Ford Explorer Mileage:  $2,000.00 104,375 Location: 15517 Nelson R | 1129-000 | | | |
| | 9 | | Joint Savings/Money Market  $3,000.00 Account At Bmo Harris Bank - Acco | 1129-000 | | | |
| 06/30/17 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Trte | 2100-000 | | $1,250.00 | $3,750.00 |
| 06/30/17 | 1102 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $7.11 | $3,742.89 |
| | | BERNARD J. NATALE | Trte Expenses  ($2.56) | 2200-001 | | | |
| | | BERNARD J. NATALE LTD | Atty Exp  ($4.55) | 3120-001 | | | |
| 06/30/17 | 1103 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Atty Fees | 3110-000 | | $2,152.50 | $1,590.39 |
| 06/30/17 | 1104 | Office Of The U.S. Trustee 780 Regent St., Suite 304 Madison, Wi 53715 | Ref #0607 | 5800-000 | | $325.00 | $1,265.39 |
| 06/30/17 | 1105 | American Express Centurion Bank C/O Becket & Lee LLP P O Box 3001 Malvern, PA  19355-0701 | Ref #3006 | 7100-000 | | $1,265.39 | $0.00 |
| 07/03/17 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Trte Reversal Check written in wrong amount due to error in program | 2100-000 | | ($1,250.00) | $1,250.00 |
| | | | Page Subtotals: | | $5,000.00 | $3,750.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-80607 | Trustee Name: BERNARD J. NATALE |
| Case Name: DAVID P SEDLOCK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8822 |
| | Checking |
| Taxpayer ID No: XX-XXX1063 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/17 | 1102 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Check written in error due to problem in program | | | ($7.11) | $1,257.11 |
| | | BERNARD J. NATALE | Trte Expenses $2.56 | 2200-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Exp $4.55 | 3120-000 | | | |
| 07/03/17 | 1103 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Atty Fees Reversal Check written for wrong amount due to error in program | 3110-000 | | ($2,152.50) | $3,409.61 |
| 07/03/17 | 1106 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $1,252.56 | $2,157.05 |
| | | BERNARD J. NATALE | Trte ($1,250.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trte Expenses ($2.56) | 2200-000 | | | |
| 07/03/17 | 1107 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $2,157.05 | $0.00 |
| | | BERNARD J. NATALE LTD | Atty Fees ($2,152.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Exp ($4.55) | 3120-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals:    $0.00    $1,250.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8822 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |